IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SANDRA FRANKLIN,                         *

          Plaintiff,                     *

vs.                                      *
                                                  CASE NO. 3:09-CV-56 (CDL)
MICHAEL J. ASTRUE, Commissioner          *
of Social Security,
                                         *
          Defendant
_____ *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 1, 2009 is hereby approved, adopted, and made the Order of the Court.

     The objections of the Plaintiff have been considered and are found to be without merit.

     IT IS SO ORDERED, this 7th day of October, 2009.


                                    S/Clay D. Land
                                       CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE